In the Matter of THOMAS SOLHEIM, Petitioner, v GARY J. WEBER, as Judge of the Suffolk County Court, et al., Respondents. [889 NYS2d 867]—

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner has failed to demonstrate a clear legal right to the relief sought (*see Matter of Thompson v Griffin*, 58 AD3d 637 [2009]; *Matter of Weissman v Lange*, 4 AD3d 478 [2004]; *see also Matter of Traynor v Rosato*, 275 AD2d 326 [2000]). Rivera, J.P., Fisher, Belen and Austin, JJ., concur.